JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ANTONIO MORENO, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UTILIQUEST, LLC, a Georgia Limited Liability Company; and DOES 1 through 50 inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-03156-AB-MRWx<br><br>**[PROPOSED]** **JUDGMENT**<br><br>[Los Angeles Superior Court Case No. 20STCV08128]<br><br>Complaint Filed: February 26, 2020<br>Trial Date:　　　N/A |

　　For the reasons stated in the Court's orders dated September 9, 2020 (ECF No. 34) and February 11, 2021 (ECF No. 47), Plaintiff Cesar Moreno's Second Amended Complaint is **DISMISSED with prejudice**, Plaintiff's Request for Certification (ECF No. 45) is hereby **DENIED as moot**.

　　**JUDGMENT** is hereby entered in Defendant UtiliQuest, LLC's favor against Plaintiff, with costs to be taxed against Plaintiff.

　　SO ORDERED.

March 2, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. André Birotte Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

JUDGMENT

68211773v.1